STATE of Missouri, Respondent,

v.

Reginald GARNER, Appellant.

No. 63010.

Missouri Court of Appeals,
Eastern District,
Division One.

March 1, 1994.

David C. Hemingway, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jennifer A. Glancy, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

*ORDER*

PER CURIAM.

Defendant appeals his conviction for making a false declaration. We affirm. Further, we find no jurisprudential purpose would be served by a written opinion and affirm by summary order. Rule 30.25(b). A memorandum setting forth the reasons for our decision has been issued to the parties for their use only.

Ronald HUMPHREY, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. 64823.

Missouri Court of Appeals,
Eastern District,
Division One.

March 1, 1994.

Tamara Detloff, Asst. Public Defender, St. Louis, for movant/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for respondent/respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

*ORDER*

PER CURIAM.

Movant appeals from the denial of his Rule 24.035 motion without an evidentiary hearing. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and a written opinion would have no precedential value. Rule 84.16(b).